# UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | **\*\*Crim. No. 08-13-P-S** |
| **STEPHEN ADRIAN RAMNATH,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 8, 2008, his Recommended Decision (Docket No. 54). Defendant Stephen Adrian Ramnath filed his Objection to the Recommended Decision (Docket No. 55) on July 18, 2008. The Government filed its response to Defendant Ramnath's Objection (Docket No. 59) on August 4, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion to Suppress (Docket No. 27) is **DENIED**.

/s/George Z. Singal
Chief U.S. District Judge

Dated: August 11, 2008