UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No. 08-cr-13-P-S |
| STEPHEN ADRIAN RAMNATH, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENTAL ORDER ON DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE**

On October 14, 2008, the Court filed its Order denying Defendant's Motion to Dismiss for Improper Venue (Docket # 92). Therein, the Court observed that available circumstantial evidence suggested that Hussein Al-Rikabi placed several telephone calls to Defendant Ramnath in furtherance of the alleged conspiracy "while physically present in the District of Maine." (See Order on Def.'s Mot. to Dismiss (Docket # 92) at 3 n.3.) This morning, the Government received evidence establishing that Al-Rikabi was not, in fact, physically present in the District of Maine when he placed those calls to Ramnath, and advised the Court accordingly during a conference of counsel.

Notwithstanding the Government's recent disclosure, the Court concludes that sufficient evidence supports venue in this district and therefore reaffirms its Order denying Defendant's Motion to Dismiss for Improper Venue (Docket # 92).

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 15th day of October, 2008.